

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2022

No. 04-22-00020-CV

**WHATABURGER RESTAURANTS LLC** and Crystal Krueger,
Appellants

v.

Sadok **FERCHICHI** and Martina Coronado,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15548
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

Appellees' brief was originally due by March 2, 2022. On March 3, 2022, appellees filed an unopposed motion requesting an eight day extension of time to file their brief. We granted the extension and ordered appellees' brief due by March 11, 2022. On March 14, 2022, appellees filed a second unopposed motion requesting a five day extension of time to file their brief. After consideration, we **grant** appellees' motion and **order** appellees to file their brief **by March 16, 2022.**

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court